IN THE SUPREME COURT OF THE STATE OF DELAWARE

BIOVERIS CORPORATION, §
§ No. 339, 2018
Appellant, §
Plaintiff-Below, § Court Below:
§ Court of Chancery
v. § of the State of Delaware
§
MESO SCALE DIAGNOSTICS, LLC. § C.A. 8692-VCMR
and MESO SCALE TECHNOLOGIES, §
LLC., §
§
Appellees, §
Defendants-Below. §

Submitted: January 9, 2019
Decided: January 17, 2019

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## O R D E R

This 17th day of January, 2019, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated November 2, 2017 and Order dated June 5, 2018;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice